IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| CRISTINO RIVERA, | NO. 17-24 |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of August 2022, upon consideration of <u>pro se</u> Defendant Cristino Rivera's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 37), the Government's Response in Opposition to Defendant's Motion (Doc. No. 39), Defendant's Reply (Doc. No. 43), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 37) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.